IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CRAIG PURCELL, ROBIN FANN, and CYNTHIA DENNIS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) 1:13CV14 |
| v. | )<br>) |
| CUMBERLAND MEDICAL ASSOCIATES, P.C., SANJIV SHARADCHANDRA DALVI, and SUMEDHA SANJIV DALVI, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING THE UNITED STATES' APPLICATION TO INTERVENE FOR SETTLEMENT

Upon consideration of the foregoing application of the United States for an order granting an application to intervene in this *qui tam* action for settlement purposes,

IT IS HEREBY ORDERED that the United States' Application to Intervene for Settlement is granted.

This, the 21st day of December, 2018.

                                                             /s/ L. Patrick Auld
                                                           **L. Patrick Auld**
                                                 **United States Magistrate Judge**